Same case below, 53 So. 3d 1034.

**No. 10-10731. Jose Del Carmen Cardales-Luna, Petitioner v. United States.**

565 U.S. 1034, 132 S. Ct. 573, 181 L. Ed. 2d 421, 2011 U.S. LEXIS 8132.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 632 F.3d 731.

**No. 10-10777. Ricardo Alvarez-Cordova, Petitioner v. United States.**

565 U.S. 1034, 132 S. Ct. 574, 181 L. Ed. 2d 421, 2011 U.S. LEXIS 8237.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 409 Fed. Appx. 994.

**No. 10-10838. Hector Rolando Medina, Petitioner v. Texas.**

565 U.S. 1034, 132 S. Ct. 573, 181 L. Ed. 2d 421, 2011 U.S. LEXIS 8210.

November 14, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 10-10842. Tyrone D. Williams, Petitioner v. United States.**

565 U.S. 1034, 132 S. Ct. 573, 181 L. Ed. 2d 421, 2011 U.S. LEXIS 8242.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 416 Fed. Appx. 130.

**No. 10-11210. Colin Nathanson, Petitioner v. United States.**

565 U.S. 1034, 132 S. Ct. 574, 181 L. Ed. 2d 421, 2011 U.S. LEXIS 8152.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 406 Fed. Appx. 162.

**No. 10-11225. Edward James Tinsley, Petitioner v. Harold W. Clarke, Director, Virginia Department of Corrections.**

565 U.S. 1034, 132 S. Ct. 574, 181 L. Ed. 2d 421, 2011 U.S. LEXIS 8287.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 407 Fed. Appx. 711.

**No. 11-57. Harper Excavating, Inc., Petitioner v. Jeffrey Hansen.**

565 U.S. 1035, 132 S. Ct. 574, 181 L. Ed. 2d 421, 2011 U.S. LEXIS 8247.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 641 F.3d 1216.

**No. 11-169. Tennessee ex rel. Arlie Watson, et al., Petitioners v. Larry Waters, et al.**

565 U.S. 1035, 132 S. Ct. 576, 181 L. Ed. 2d 421, 2011 U.S. LEXIS 8187.

November 14, 2011. Petition for writ of certiorari to the Court of Appeals of Tennessee, Eastern Division, denied.